IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHANE MICHELSON and<br>BRENT MICHELSON,<br><br>   Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO., *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:17-CV-3244-C |

### ORDER

On this day, the Court considered the Parties' Agreed Motion to Dismiss with Prejudice, filed March 18, 2019.

IT IS THEREFORE ORDERED that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. The Clerk of Court is hereby directed to close this civil action.

SO ORDERED this 19th day of March, 2019.

*/s/ Sam R. Cummings*
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE